# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS DAVID ANDREAS,<br><br>            Plaintiff,<br><br>     v.<br><br>JAMES YATES, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:08-cv-01410-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 16) |

Plaintiff Nicolas David Andreas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 8, 2008. The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states a claim against Defendants Cruz, Rodriguez, Gonzales, Cabral, Clark, and Green for use of excessive force, in violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555, 127 S.Ct. 1955, 1964-65 (2007). Accordingly, it is HEREBY ORDERED that:

1.     Service shall be initiated on the following defendants:

   **C/O J. CRUZ**

   **C/O S. RODRIGUEZ**

---

[1] On December 1, 2009, Plaintiff's Eighth Amendment medical care claim was dismissed, with prejudice, for failure to state a claim upon which relief may be granted; and Plaintiff's supervisory liability claim against Defendants Cate and Yates was dismissed, with prejudice, for failure to state a claim upon which relief may be granted. (Doc. 28.)

1

          **C/O D. GONZALES**

          **C/O CABRAL**

          **C/O G. CLARK**

          **SGT. N. GREEN**

2. The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, six (6) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed March 16, 2009.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for each defendant listed above; and

    c. Seven (7) copies of the endorsed second amended complaint filed March 16, 2009.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:**   December 2, 2009               /s/ Sandra M. Snyder
                                                   UNITED STATES MAGISTRATE JUDGE