# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS DAVID ANDREAS, | CASE NO. 1:08-cv-01410-LJO-SMS PC |
| Plaintiff, | ORDER STRIKING NOTICE AND MOTION |
| v. | (Doc. 32) |
| JAMES YATES, et al., | |
| Defendants. | |

_____/

On January 15, 2010, Plaintiff Nicolas David Andreas, a state prisoner proceeding pro se and in forma pauperis in this civil rights action, filed a "Notice and Motion of Delay" in which he states that he filed a motion for an extension of time to comply with the Court's order of December 2, 2009, and has not received any acknowledgment.

If Plaintiff wishes to receive a conformed copy of any motion filed, he must provide an extra copy and a prepaid envelope. Otherwise, Plaintiff is required to await the Court's ruling, which will be issued in due course and which occurred in this instance on January 11, 2010.

Plaintiff's notice and motion is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:    January 21, 2010**                          **/s/ Sandra M. Snyder**
                                                          UNITED STATES MAGISTRATE JUDGE