# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

NICOLAS DAVID ANDREAS,

                Plaintiff,

   v.

JAMES YATES, et al.,

                Defendants.

                              /

CASE NO. 1:08-cv-01410-LJO-SMS PC

ORDER STRIKING PLAINTFF'S SUR-REPLY TO MOTION TO DISMISS

(Doc. 40)

      Plaintiff Nicolas David Andreas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 8, 2008.

      Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a sur-reply to a moving party's reply in a motion to dismiss, absent an order from the court requiring one. Fed. R. Civ. P. 12. In this case, the court did not order a reply to the answer.

      Accordingly, Plaintiff's sur-reply to defendants' reply, filed May 3, 2010, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:**   **May 6, 2010**                  **/s/ Sandra M. Snyder**
                                   UNITED STATES MAGISTRATE JUDGE