# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLAS DAVID ANDREAS, | CASE NO. 1:08-cv-01410-LJO-SMS PC |
| Plaintiff, | ORDER STRIKING PLAINTFF'S SUPPLEMENT TO SUR-REPLY TO MOTION TO DISMISS |
| v. | |
| JAMES YATES, et al., | (Doc. 42) |
| Defendants. | |

Plaintiff Nicolas David Andreas, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 8, 2008.

Neither the Federal Rules of Civil Procedure nor the Local Rules provides for a sur-reply to a moving party's reply in a motion to dismiss, absent an order from the court requiring one. Fed. R. Civ. P. 12. In this case, the Court did not order a sur-reply in opposition to Defendants' reply such that Plaintiff's sur-reply to Defendants' reply, filed May 3, 2010, was ordered stricken from the record.

Accordingly, Plaintiff's supplement to his sur-reply in support of his opposition to Defendants' motion to dismiss, filed May 7, 2010, is HEREBY ORDERED STRICKEN from the record.

IT IS SO ORDERED.

**Dated:   May 11, 2010**           /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

1